IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 04:11-CV-78-FL

| | | |
|---|---|---|
| JIMMY C. SUTTON<br>Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | **ENTRY OF DEFAULT** |
| | )<br>)<br>) | |
| WILBER'S BARBECUE &<br>RESTAURANT, INC. and<br>CHARLENE LANGSTON<br>Defendants. | )<br>)<br>)<br>)<br>)<br>) | |

THAT WHEREAS, it has been made to appear to the undersigned Clerk of the Eastern District Court of North Carolina, upon affidavit or otherwise, that the Plaintiff, Jimmy C. Sutton, has failed to plead to the counterclaim of the Defendant, Charlene Langston, and that the defaulting party is neither infant nor incompetent, and that the Plaintiff, Jimmy C. Sutton, is otherwise subject to default judgment as provided by the Rules of Civil Procedure.

NOW, THEREFORE, default is hereby entered against Jimmy C. Sutton, the Plaintiff, as to the counterclaim of the Defendant, Charlene Langston. as provided by Rule 55(a) of the Rules of Civil Procedure.

This the 6th day of ~~September~~ October, 2011.

_____
Clerk of the Eastern District of North Carolina